O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE TORRES,<br><br>　　　　　　Plaintiffs,<br>　　v.<br><br>UNION PACIFIC RAILROAD COMPANY and DOES 1–10,<br><br>　　　　　　Defendants. | Case No. 2:12-cv-01996-ODW(MANx)<br><br>**ORDER REQUESTING MEDIATION STATUS REPORT** |

　　　　The Court has received Plaintiff's December 12, 2012 mediation status report. (ECF No. 26.)  In it, Plaintiff represented that the parties failed to participate in mediation prior to the Court-ordered December 10 mediation cutoff date (which, the Court notes, supersedes any stipulations by the parties to the contrary).  Accordingly, the parties are hereby **ORDERED TO SHOW CAUSE** no later than January 28, 2013, why the Court should not sanction both sides for failure to participate in good-faith settlement negotiations.

/ / /

/ / /

/ / /

/ / /

/ / /

1 | The OSC will be discharged upon joint notice that the parties have participated
2 | *in good faith* in mediation.  Additionally, the Court will take no further action on
3 | Defendant's pending Motion for Summary Judgment until the OSC has been
4 | discharged.

**IT IS SO ORDERED.**

December 12, 2012

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**